IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK BARKER**
**ADC #139988**                                                                                                    **PLAINTIFF**

V.                               NO. 2:24-cv-00085-JM-ERE

**MORIEON KELLY,** *et al.*                                                                   **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Barker's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Barker's conditions of confinement claim against Defendants King and Taylor is DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. The Clerk is instructed to terminate J. King as a party Defendant.

IT IS SO ORDERED, this 27th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE