IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK BARKER**
**ADC #139988**                                                                                                          **PLAINTIFF**

V.                                               2:24CV00085 JM

**MORIEON KELLY,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Partial Recommended Disposition filed by United States Magistrate Judge Edie R. Ervin. Mr. Barker has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Barker's motion for preliminary injunction (ECF No. 28) is DENIED.

IT IS SO ORDERED this 4th day of September, 2024.

_____
James M. Moody Jr.
United States District Judge