IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK BARKER**
**ADC #139988**                                                               **PLAINTIFF**

V.                       NO. 2:24-cv-00085-JM

**MORIEON KELLY,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE